IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHANNON ALLEN**                                                                                                 **PLAINTIFF**
**#11576**

v.                               Case No. 4:25-cv-00507-LPR-JJV

**CLAYTON EDWARDS, et al.**                                                                          **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 7). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, Plaintiff may proceed, for now, with his inadequate dental care claim against Defendant Hobbs in her individual capacity only.[1] All other claims are DISMISSED without prejudice. The Clerk is directed to terminate Captain Clayton Edwards, TurnKey Health LLC, and Doe Nurse as party Defendants. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would not be taken in good faith.

IT IS SO ORDERED this 26th day of August 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Defendant Heather Hobbs has filed an adversarial Motion to Dismiss with respect to Plaintiff's inadequate dental care claim. *See* Doc. 11. The Court's adoption of the PRD does not affect the pending motion. Plaintiff's inadequate dental care claim was screened and served by separate order. *See* Doc. 8. Today's Order, which "allows" Plaintiff to proceed with that claim, merely acknowledges that the claim was not dismissed upon the Court's initial screening; it says nothing about whether the remaining claim is sufficient to withstand the pending motion to dismiss.